```
___ FILED      ___ ENTERED
___ LODGED     ___ RECEIVED
```

MAY - 4 2009

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| DOMINGO SANTANA, | CASE NO. C08-1493-JLR |
| | (CR06-220-JLR) |
| Petitioner, | |
| v. | |
| | ORDER DENYING § 2255 MOTION |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

The Court, having reviewed petitioner's § 2255 motion, the government's response, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, the objections thereto, and the remaining record, does hereby ORDER:

(1)   The Court adopts the Report and Recommendation;

(2)   Petitioner's § 2255 motion (Dkt. No. 1) is DENIED and this action is DISMISSED with prejudice; and

(3)   The Clerk is directed to send a copy of this Order to petitioner, to counsel for respondent, and to Judge Theiler.

DATED this 4th day of May, 2009.

_____
JAMES L. ROBART
United States District Judge

08-CV-01493-ORD

ORDER DENYING § 2255 MOTION
PAGE -1